RECEIVED
IN ALEXANDRIA, LA

JUL 1 9 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH WARREN BLAYNE,<br>Plaintiff<br><br>VERSUS<br><br>J. FLATTERY,<br>Defendant | CIVIL ACTION<br>SECTION "P"<br>NO. CV04-0327-A<br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## **J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

Based on the foregoing discussion, IT IS RECOMMENDED that Dr. Flattery's motion for summary judgment be GRANTED and that Blayne's action against Dr. Flattery be DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _19th_ day of July, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE